# EXHIBIT B
# ALLSTATE POLICIES TO BE SUPPLEMENTED BY AMENDMENT UPON RECIEPT