# EXHIBIT C

# SWORN STATEMENT IN PROOF OF LOSS   1LD1257

$ 258,000.00
AMOUNT OF POLICY AT TIME OF LOSS

POLICY NUMBER

April 18 04
DATE ISSUED

Nationwide
AGENCY AT

April 18 06
DATE EXPIRES

Parkers Agency
AGENT

To the _____
of _____
At time of loss, by the above indicated policy of insurance you insured _____

against loss by _____ to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A unknown   loss occurred about the hour of unknown o'clock unknown
   STATE KIND
   on the _____ day of _____ 20 _____. The cause and origin of the said loss were: _____
   Unknown

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: Bottling equiptment and mis. equiptment for the bottling of water.

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was
   cCharles W. Parrott   No other person or persons had any interest therein or incumbrance thereon, except: No vested montiary intrest to be paid out.

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: NO

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ 258,000.00, as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. **The Actual Cash Value** of said property at the time of the loss was ............................. $ 300,000 plus

7. **The Whole Loss and Damage** was ................................................. $ 300,000 plus

8. **Less Amount of Deductible** ........................................................ $ 1,000.00

9. **The Amount Claimed** under the above numbered policy is ......................... $ 258,000.00 plus any additional rimedies ad

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void, no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of Alabama
County of Tallapoosa                     Charles W. Parrott _____ Insured
Subscribed and sworn to before me this 18 day of January 20 06
Deloris Riddle _____ Notary Public

EXHIBIT C