# EXHIBIT D

# AFFIDAVIT OF VEHICLE FIRE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number 1846399134                     Policy Number _____

## I. POLICYHOLDER

Name of Insured: Charles W. Parrott
Address: 14560 Hamlet Mill Rd.
City/State/Zip: New Site AL 36256
Phone No (HM) (256) 215-___ (WK) ____
Drivers Lic No./State: 1978485 / AL
Date of Birth: 03 / 19 / 43
Social Security No: 419 / 58 / 0385
Occupation: Retired
Name & Address of Employer: Ø
Length of Employment: ____
Salary $ ____
List All Dependents & Ages: -0-
Any Separations or Divorces? (YES/NO) If yes, give both names, dates of marriages and divorces and county. App 30 years ago

Spouse: ____
Address: ____
City/State/Zip: ____
Phone No (HM) ____ (WK) ____
Drivers Lic No./State: ____
Date of Birth: ____
Social Security No: ____
Occupation: ____
Name & Address of Employer: ____
Length of Employment: ____
Salary $ ____

## II LOSS FACTS

Date of Fire: App. 04-6-7-05  Time: ?  AM/PM   Was vehicle locked? YES/NO   Were keys in vehicle? YES/NO
Specific location of vehicle at time of fire: Hy 79 Daviston   Reason vehicle left at this location: Water plant
Name & address of person leaving vehicle at this location: Charles W. Parrott

Name(s) & address(es) of all others present: -0-
Personal items in vehicle at time of fire: ? Food, Cloths, TV, VCR, Bed Linens etc
Principal use of vehicle? General   Principal User: Charles W. Parrott
When was the fire discovered? Date 04-17-05   Time App 5pm AM/PM   By Whom? Charles W. Parrott + Kathy Mahan
Action taken after vehicle was discovered burning: Called Ins. Co

Which Agency was the vehicle fire reported to? Allstate Ins. Smith   Date 04-18-05   Time App 830 AM/PM
By Whom? Charles W. Parrott   Agency Case No ____   How Reported? 911 / Cell Phone / Neighbor / Other
Location of Vehicle (Name/Address/Phone No): Water Plant Hy 79 Daviston
Have the police made any arrests or have any suspects? YES/NO   Do you suspect anyone? (YES/NO) Who, give details? ____
Have you ever had a vehicle fire before? (YES/NO) If yes, give details. ____

## III VEHICLE DESCRIPTION

Year 98  Make Coachman  Model 28 feet full   Body Type ?enclosed  Color White + stripes
Vehicle Identification No ?   License Plate No ?   State AL   Year 2005
Odometer Reading ____   Titled Owner(s) Charles W. Parrott
Date of Purchase? 2002   NEW/USED   Purchase Price $ 26,000.00   At time of purchase was vehicle damaged? YES/NO
SELLER: Dealer/Individual (Name/Address/Phone) Individual Katherine Mahan 1544 Alexander City 35010
How was vehicle paid for? CASH/CHECK/FINANCED If financed Name & address of Company Cash

Account No ____   Balance Due $ 0   Loan term (months) ____   Monthly payment $ ____
Is account past due? (YES/NO)   Has vehicle been for sale? YES/NO   Any offers? YES/NO   Who? ____
How many sets of keys are there? 1   Are all sets in your possession? YES/NO   Any other insurance on this vehicle? YES/NO
If yes, Name of company and policy no ____

# AFFIDAVIT OF VEHICLE FIRE

**************************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number **1846399134**　　　　　　　　　Policy Number _____

## I. POLICYHOLDER

Name of Insured **Charles W. Parrott**　　　　　　　Spouse _____
Address **1456 Hamlet Mill Rd.**　　　　　　　　　Address _____
City / State / Zip **New Site AL 36256**　　　　　　City / State / Zip _____
Phone No (HM) **(256) 215-**___(WK)___　　　　　Phone No (HM) _____ (WK) _____
Drivers Lic No./ State **1978485 / AL**　　　　　　Drivers Lic No./ State _____ / _____
Date of Birth **03 / 19 / 43**　　　　　　　　　　　Date of Birth ___ / ___ / ___
Social Security No **419 / 58 / 0385**　　　　　　Social Security No ___ / ___ / ___
Occupation **Retired**　　　　　　　　　　　　　Occupation _____
Name & Address of Employer **0**　　　　　　　Name & Address of Employer _____

Length of Employment _____　　Length of Employment _____
Salary $ _____　　　　　　　　　Salary $ _____

List All Dependents & Ages **-0-**
Any Separations or Divorces? (YES)/ NO  If yes, give both names, dates of marriages and divorces and county. **App 30 years ago**

## II LOSS FACTS

Date of Fire **App. 04-6-7-05** Time **?** AM/ PM  Was vehicle locked? YES/ NO **?**  Were keys in vehicle? YES/(NO)
Specific location of vehicle at time of fire **Hy 79 Daviston**  Reason vehicle left at this location **Water plant**
Name & address of person leaving vehicle at this location **Charles W. Parrott**

Name(s) & address(es) of all others present **-0-**
Personal items in vehicle at time of fire **? Food Cloths, TV, VCR, Bed Linens Etc**
Principal use of vehicle? **General**　　　　　Principal User **Charles W. Parrott**
When was the fire discovered? Date **04-17-05** Time **App 5pm** AM/(PM) By Whom? **Charles W. Parrott + Kathy Mahad**
Action taken after vehicle was discovered burning. **Called Ins. Co**

Which Agency was the vehicle fire reported to? **Alstate Ins. Smith** Date **04-18-05** Time **App 830** (AM)/PM
By Whom? **Charles W. Parrott** Agency Case No _____ How Reported? 911 / Cell Phone / Neighbor /(Other)
Location of Vehicle (Name/ Address/ Phone No) **Water Plant Hy 79 Daviston**
Have the police made any arrests or have any suspects? YES/(NO) Do you suspect anyone? YES/(NO) Who, give details? _____

Have you ever had a vehicle fire before? (YES/(NO) If yes, give details. _____

## III VEHICLE DESCRIPTION

Year **98** Make **Coachman** Model **28 feet full** Body Type **? enclosed** Color **White + stripes**
Vehicle Identification No **?**　　　　License Plate No **?** State **AL** Year **2005**
Odometer Reading _____  Titled Owner(s) **Charles W. Parrott**
Date of Purchase? **2002** NEW/(USED) Purchase Price $ **26,000.00** At time of purchase was vehicle damaged? YES/(NO)
SELLER: Dealer/ Individual (Name/ Address/ Phone) **Individual Katherine Mahan 1544 Alexander City 35010**
How was vehicle paid for? (CASH)/CHECK/ FINANCED If financed Name & address of Company **Cash**

Account No _____ Balance Due $ **0** Loan term (months) _____ Monthly payment $ _____
Is account past due? (YES/(NO)) Has vehicle been for sale? YES/(NO) Any offers? YES/(NO) Who? _____
How many sets of keys are there? **1**  Are all sets in your possession? (YES)/NO  Any other insurance on this vehicle? YES/(NO)
If yes, Name of company and policy no _____

**TRANSMISSION**  AT  S6  S5  S4  S3          **OPTIONAL**  OD  4WD

**POWER OPTIONS**
- PS  Power Steering
- PB  Power Brakes
- PW  Power Windows
- PL  Power Locks
- SP  Pwr Drivers Seat
- AB  Anti-Lock Brakes
- PC  Pwr Passenger Seat
- PA  Power Antenna
- PM  Power Mirror(s)
- PT  Power Trunk Release
- WP  Rear Window Wiper

**ENGINE**  Size: HP or Cubic In _____  Cylinders: 3/ 4/ 6/ 8/ 10/ 12
Turbo / Diesel

**DECOR / CONVENIENCE**
- AC  Air Conditioning
- RD  Rear Defogger
- TW  Tilt Wheel
- CC  Cruise Control
- CS  Cloth Seats
- LS  Leather Seats
- TG  Tinted Glass
- IW  Intermittent Wipers
- RL  Reclining Seats
- AG  Air Bag
- RG  Passenger Air Bag

**RADIO**
- AM  AM
- FM  FM
- ST  Stereo
- CA  Cassette
- SE  Seek/Scan
- EQ  Equalizer
- CD  CD Player

**ROOF OPTIONS**
- VR  Vinyl Roof
- ES  Electric Steel-Sun
- EG  Electric Glass-Sun
- MG  Manual Glass-Sun
- MS  Manual Steel-Sun
- FR  Flip Roof
- TT  T-tops

**WHEEL OPTIONS**
- AW  Aluminum Wheels
- AY  Alloy Wheels
- LC  Locking Wire Wheels
- SY  Styled Steel Wheels
- WW  Wire Wheels
- WC  Wire Wheel Covers
- RW  Rally Wheels

**TRUCK / VAN OPTIONS**
SB Step Bumper  SW Sliding Rear Window  XT Auxiliary Fuel Tank  FL Fog Lights  BL Bed liner  AR Chrome Bed rails  RB Roll bar
TP Trailering Package  BD Running Boards  DA Dual Air Conditioning  WD Dual Rear Wheels  TB Permanent Tool Box  LB Long bed
SB Short Bed  SS Swivel Cpt Chairs # ____  CT Campertop 1) Fiberglass 2) Aluminum Brand _____ Age ____ Cost $ ____
TRUCK BED: Flairside / Stepside / Fleetside  Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _____
Other: (i.e. Bugshield, Grill guard, Wench etc.) _____

**REFURBISHMENT**

TRANSMISSION: Mileage at time of work _____  ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____  Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date completed _____ Cost $ _____ Receipt? YES/NO

TIRES: Brand & Size _____               PAINT:   BASIC   STANDARD   CUSTOM
Place purchased(Name/Address/Phone) _____   Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _____ Cost $ _____   Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR: LEATHER  VINYL  CLOTH  OTHER _____   STEREO: Components _____
Who performed work(Name/Address/Phone) _____   Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date Completed _____ Cost $ _____ Receipt? YES /NO

VEHICLE CONDITION:  POOR   GOOD   FAIR  (EXCELLENT)  Who performed regular maintenance service(Name/ Address/ Phone) _____

Date last serviced _2005_ What was done? _Complete_

**IV POLICY INFORMATION**

How long have you been insured with Allstate? _Since Purchase_  Present Insurance agent _Randy Smith Agency_
Previous Insurance Company _____ Policy No _____ Date you changed companies? _____
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES) NO  If yes, give details: _Did not Have available policy to cover_

Any other insurance claims in the past five (5) years? YES NO  If yes, give details (dates, location, insurance company, cause and settlement)
_Did not Have in to cover_

**V** If any information provided in this affidavit is false it may be the basis for a denial of your claim. This affidavit must be signed, notarized and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief? (YES) NO

POLICYHOLDER(S) _Charles W. Parrott_
Signature(s)

Address: _14560 Hamlet Mill Rd New Site AL 36256_

Subscribed & Sworn to before me, this _23rd_ day of _May_ 20_05_

_Stacy Crowe_
Notary Public

My Commission Expires: _05/24/06_ , 20 ___

# AFFIDAVIT OF VEHICLE FIRE

*********************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number __184639 9290__   Policy Number _____

## I. POLICYHOLDER

Name of Insured ~~Allstate~~ Charles W. Parrott / Spouse _____
Address 14560 Hamlet Mill Rd New Site AL / Address _____
City / State / Zip New Site AL 36256 / City / State / Zip _____
Phone No (HM) (256)215-5723 (WK) _____ / Phone No (HM) _____ (WK) _____
Drivers Lic No./State 1978485 / AL / Drivers Lic No./State _____ / _____
Date of Birth 03 / 19 / 43 / Date of Birth ___ / ___ / ___
Social Security No 419 / 58 / 0385 / Social Security No ___ / ___ / ___
Occupation Retired / Occupation _____
Name & Address of Employer _____ / Name & Address of Employer _____
Length of Employment _____ / Length of Employment _____
Salary $ _____ / Salary $ _____
List All Dependents & Ages — 0 —
Any Separations or Divorces? (YES)/NO — If yes, give both names, dates of marriages and divorces and county. App 30 years ago

## II LOSS FACTS

Date of Fire App 6-7 04-05   Time ?   AM/PM   Was vehicle locked? YES/? NO   Were keys in vehicle? YES/(NO)
Specific location of vehicle at time of fire _____   Reason vehicle left at this location Water Plant Site
Name & address of person leaving vehicle at this location Charles W. Parrott

Name(s) & address(es) of all others present None
Personal items in vehicle at time of fire ~~Filter Computer~~ Bed, etc. 9000+ Boxes
Principal use of vehicle? Water Plant & Storage   Principal User Self
When was the fire discovered? Date 04-17-05   Time 8:30   (AM)/PM   By Whom? Charles W. Parrott & Kathy Mahan
Action taken after vehicle was discovered burning Called Agent

Which Agency was the vehicle fire reported to? Allstate   Date 04-18-05   Time 830   (AM)/PM
By Whom? _____   Agency Case No _____   How Reported? 911 / Cell Phone / Neighbor / Other
Location of Vehicle (Name/ Address/ Phone No) @ Water Plant Hy 79 Daviston, AL
Have the police made any arrests or have any suspects? YES/(NO)   Do you suspect anyone? YES/(NO)   Who, give details? _____
Have you ever had a vehicle fire before? (YES/(NO) If yes, give details. _____

## III VEHICLE DESCRIPTION

Year 2000   Make Pace Custom Made   Model Pace Delux   Custom walls Cabinets & Interior etc   Body Type Enclosed   Color White
Vehicle Identification No ?   License Plate No ?   State AL   Year 2005
Odometer Reading _____   Titled Owner(s) _____
Date of Purchase? 2000   NEW/USED   Purchase Price $ App 18,000.00   At time of purchase was vehicle damaged? YES/(NO)
SELLER: Dealer / Individual (Name/ Address/ Phone) Bobs Trailer Sales Atlanta Ga
How was vehicle paid for? CASH/ CHECK/ FINANCED  If financed Name & address of Company Cash

Account No _____   Balance Due $ —0—   Loan term (months) _____   Monthly payment $ _____
Is account past due? YES/(NO)   Has vehicle been for sale? YES/(NO)   Any offers? YES/(NO)   Who? _____
How many sets of keys are there? 1   Are all sets in your possession? (YES)/NO   Any other insurance on this vehicle? YES/(NO)
If yes, Name of company and policy no _____

TRANSMISSION                OPTIONAL            POWER OPTIONS
AT  S6  S5  S4  S3          OD  4WD             PS  Power Steering        PC  Pwr Passenger Seat
                                                PB  Power Brakes          PA  Power Antenna
ENGINE  Size: HP or Cubic In _____  Cylinders: 3/ 4/ 6/ 8/ 10/ 12   PW  Power Windows    PM  Power Mirror(s)
         Turbo / Diesel                         PL  Power Locks          PT  Power Trunk Release
                                                SP  Pwr Drivers Seat     WP  Rear Window Wiper
                                                AB  Anti-Lock Brakes

| DECOR / CONVENIENCE | RADIO | ROOF OPTIONS | WHEEL OPTIONS |
|---|---|---|---|
| AC  Air Conditioning | AM  AM | VR  Vinyl Roof | AW  Aluminum Wheels |
| RD  Rear Defogger | FM  FM | ES  Electric Steel-Sun | AY  Alloy Wheels |
| TW  Tilt Wheel | ST  Stereo | EG  Electric Glass-Sun | LC  Locking Wire Wheels |
| CC  Cruise Control | CA  Cassette | MG  Manual Glass-Sun | SY  Styled Steel Wheels |
| CS  Cloth Seats | SE  Seek/Scan | MS  Manual Steel-Sun | WW  Wire Wheels |
| LS  Leather Seats | EQ  Equalizer | FR  Flip Roof | WC  Wire Wheel Covers |
| TG  Tinted Glass | CD  CD Player | TT  T-tops | RW  Rally Wheels |
| IW  Intermittent Wipers | | | |
| RL  Reclining Seats | | | |
| AG  Air Bag | | | |
| RG  Passenger Air Bag | | | |

**TRUCK / VAN OPTIONS**
SB Step Bumper  SW Sliding Rear Window   XT Auxiliary Fuel Tank  FL Fog Lights  BL Bed liner  AR Chrome Bed rails  RB Roll bar
TP Trailering Package  BD Running Boards  DA Dual Air Conditioning  WD Dual Rear Wheels  TB Permanent Tool Box  LB Long bed
SB Short Bed  SS Swivel Cpt Chairs #____  CT Campertop 1) Fiberglass 2) Aluminum Brand _____ Age ____ Cost $ _____
TRUCK BED:  Flairside / Stepside / Fleetside   Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _____
Other: (i.e. Bugshield, Grill guard, Wench etc.)

**REFURBISHMENT**
TRANSMISSION: Mileage at time of work _____   ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____   Who performed work(Name/Address/Phone) _____

Date completed _____  Cost $ _____  Receipt? YES/ NO     Date completed _____  Cost $ _____  Receipt? YES/ NO

TIRES: Brand & Size _____                       PAINT:     BASIC     STANDARD     CUSTOM
Place purchased(Name/Address/Phone) _____       Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _____ Cost $ _____       Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR:  LEATHER  VINYL  CLOTH  OTHER _____       STEREO: Components
Who performed work(Name/Address/Phone) _____    Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date Completed _____ Cost $ _____ Receipt? YES / NO

VEHICLE CONDITION:  POOR   GOOD   FAIR   EXCELLENT   Who performed regular maintenance service(Name/ Address/ Phone)
                                                     _____
                                                     Date last serviced _____ What was done?

**IV POLICY INFORMATION**
How long have you been insured with Allstate? _App 2000_  Present Insurance agent _Randy Smith_
Previous Insurance Company ____O_____  Policy No _____ Date you changed companies? _____
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES/(NO)) If yes, give details: _____

Any other insurance claims in the past five (5) years? (YES/NO)   If yes, give details (dates, location, insurance company, cause and settlement)
_____

**V** If any information provided in this affidavit is false it may be the basis for a denial of your claim. This affidavit must be signed, notarized
and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify
that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief?   YES   NO
POLICYHOLDER(S) _Charles W. Parrott_
                     Signature(s)

Address: _14560 Hamlet Mill Rd  New Site, AL  36256_

Subscribed & Sworn to before me, this _23rd_ day of _May_ 20 _05_

_Stacy Crowe_
                              Notary Public
My Commission Expires: _05/24/06_  20

# AFFIDAVIT OF VEHICLE FIRE

*********************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number __1846379316__   Policy Number _____

## I. POLICYHOLDER

Name of Insured __Charles W. Parrott__   Spouse _____
Address __14560 Hamlet Mill Rd__   Address _____
City / State / Zip __New Site AL 36256__   City / State / Zip _____
Phone No (HM) __256 215 572_ (WK) _____   Phone No (HM) _____ (WK) _____
Drivers Lic No./ State __197485 / AL__   Drivers Lic No./ State _____ / _____
Date of Birth __3 / 19 / 43__   Date of Birth __/ / __
Social Security No __419 / 58 / 0385__   Social Security No __/ / __
Occupation __Retired__   Occupation _____
Name & Address of Employer _____   Name & Address of Employer _____

Length of Employment _____   Length of Employment _____
Salary $ _____   Salary $ _____
List All Dependents & Ages _____
Any Separations or Divorces? (YES/NO) If yes, give both names, dates of marriages and divorces and county. __App 30 years ago__

## II LOSS FACTS

Date of Fire __App 6-7__   Time __?__   AM/ PM   Was vehicle locked? YES/ NO   Were keys in vehicle? YES/ NO
Specific location of vehicle at time of fire __Hy 79 Daviston__   Reason vehicle left at this location __Water Plant__
Name & address of person leaving vehicle at this location __Charles W. Parrott__

Name(s) & address(es) of all others present __None__
Personal items in vehicle at time of fire __Water Plant Supplies + Tools__
Principal use of vehicle? __Water Plant__   Principal User __Charles W. Parrott__
When was the fire discovered? Date __04-17-05__ Time __500__ AM/PM By Whom? __Charles W. Parrott + Kathern Mach__
Action taken after vehicle was discovered burning __Called Allstate__

Which Agency was the vehicle fire reported to? __Allstate__   Date __04-18-05__   Time __830__   AM/PM
By Whom? __Charles W. Parrott__   Agency Case No _____   How Reported? 911 / Cell Phone / Neighbor / Other
Location of Vehicle (Name/ Address/ Phone No) __Hy 79 Daviston AL__
Have the police made any arrests or have any suspects? YES/ NO   Do you suspect anyone? (YES/NO) Who, give details? _____

Have you ever had a vehicle fire before? (YES/NO) If yes, give details. _____

## III VEHICLE DESCRIPTION

Year __2001__ Make __Hallmark__ Model __24 foot Custom Cabinets + interior__ Body Type _____ Color __White__
Vehicle Identification No __?__   License Plate No __?__   State __AL__   Year __2005__
Odometer Reading _____   Titled Owner(s) __Charles W. Parrott__
Date of Purchase? __2001__   NEW/ USED   Purchase Price $ __19,000.00__   At time of purchase was vehicle damaged? YES/NO
SELLER: Dealer / Individual (Name/ Address/ Phone) __Bobs Trailor Sales - Atlanta, Ga__
How was vehicle paid for? CASH/ CHECK/ FINANCED   If financed Name & address of Company _____

Account No _____   Balance Due $ _____   Loan term (months) _____   Monthly payment $ _____
Is account past due? (YES/NO)   Has vehicle been for sale? YES/NO   Any offers? YES/NO   Who? _____
How many sets of keys are there? __1__   Are all sets in your possession? YES/ NO   Any other insurance on this vehicle? YES/NO
If yes, Name of company and policy no _____

**TRANSMISSION**
AT  S6  S5  S4  S3

**OPTIONAL**
OD  4WD

**ENGINE**  Size: HP or Cubic In _____  Cylinders: 3/ 4/ 6/ 8/ 10/ 12
Turbo / Diesel

**POWER OPTIONS**
PS   Power Steering        PC   Pwr Passenger Seat
PB   Power Brakes          PA   Power Antenna
PW   Power Windows         PM   Power Mirror(s)
PL   Power Locks           PT   Power Trunk Release
SP   Pwr Drivers Seat      WP   Rear Window Wiper
AB   Anti-Lock Brakes

**DECOR / CONVENIENCE**
AC   Air Conditioning
RD   Rear Defogger
TW   Tilt Wheel
CC   Cruise Control
CS   Cloth Seats
LS   Leather Seats
TG   Tinted Glass
IW   Intermittent Wipers
RL   Reclining Seats
AG   Air Bag
RG   Passenger Air Bag

**RADIO**
AM  AM
    FM  FM
ST  Stereo
    CA  Cassette
SE  Seek/Scan
    EQ  Equalizer
CD  CD Player

**ROOF OPTIONS**
VR   Vinyl Roof
ES   Electric Steel-Sun
EG   Electric Glass-Sun
MG   Manual Glass-Sun
MS   Manual Steel-Sun
FR   Flip Roof
TT   T-tops

**WHEEL OPTIONS**
AW   Aluminum Wheels
AY   Alloy Wheels
LC   Locking Wire Wheels
SY   Styled Steel Wheels
WW   Wire Wheels
WC   Wire Wheel Covers
RW   Rally Wheels

**TRUCK / VAN OPTIONS**
SB Step Bumper   SW Sliding Rear Window   XT Auxiliary Fuel Tank   FL Fog Lights   BL Bed liner   AR Chrome Bed rails   RB Roll bar
TP Trailering Package   BD Running Boards   DA Dual Air Conditioning   WD Dual Rear Wheels   TB Permanent Tool Box   LB Long bed
SB Short Bed   SS Swivel Cpt Chairs #_____   CT Campertop 1) Fiberglass 2) Aluminum   Brand _____ Age ____ Cost $ _____
TRUCK BED: Flairside / Stepside / Fleetside   Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _____
Other: (i.e. Bugshield, Grill guard, Wench etc.) _____

**REFURBISHMENT**
TRANSMISSION: Mileage at time of work _____   ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____   Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date completed _____ Cost $ _____ Receipt? YES/ NO

TIRES: Brand & Size _____
Place purchased(Name/Address/Phone) _____

PAINT:  BASIC    STANDARD    CUSTOM
Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _____ Cost $ _____

Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR: LEATHER  VINYL  CLOTH  OTHER _____
Who performed work(Name/Address/Phone) _____

STEREO: Components
Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date Completed _____ Cost $ _____ Receipt? YES / NO

VEHICLE CONDITION:  POOR   GOOD   FAIR   EXCELLENT

Who performed regular maintenance service(Name/ Address/ Phone) _____

Date last serviced _____ What was done? _____

**IV POLICY INFORMATION**
How long have you been insured with Allstate? 2/00 (App)  Present Insurance agent _Randy Smith_
Previous Insurance Company ___—o—___  Plicy No _____  Date you changed companies? _____
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES/ NO) If yes, give details: _____

Any other insurance claims in the past five (5) years? (YES/ NO)  If yes, give details (dates, location, insurance company, cause and settlement)
_____

**V** If any information provided in this affidavit is false it may be the basis for a denial of your claim. This affidavit must be signed, notarized and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief?   YES   NO

POLICYHOLDER(S) _Charles W. Parrott_
                    Signature(s)

Address: _____

Subscribed & Sworn to before me, this __23rd__ day of __May__ 20__05__

_Stacy Crowe_
Notary Public

My Commission Expires: __05/24/06__

# AFFIDAVIT OF VEHICLE FIRE
*********************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number __1846399308__    Policy Number _____

## I. POLICYHOLDER

Name of Insured __Charles W. Parrott__    Spouse _____
Address __14560 Hamlet Mill Rd__    Address _____
City / State / Zip __New Site AL 36256__    City / State / Zip _____
Phone No (HM) __(252)215-5783__ (WK) _____    Phone No (HM) _____ (WK) _____
Drivers Lic No./ State __1978485 / AL__    Drivers Lic No./ State _____ / _____
Date of Birth __3 / 19 / 43__    Date of Birth ___ / ___ / ___
Social Security No __419 / 88 / 0385__    Social Security No ___ / ___ / ___
Occupation __Retired__    Occupation _____
Name & Address of Employer _____    Name & Address of Employer _____

Length of Employment _____    Length of Employment _____
Salary $ _____    Salary $ _____
List All Dependents & Ages __-0-__

Any Separations or Divorces? (YES)/NO) If yes, give both names, dates of marriages and divorces and county __App 30 years ago__

## II LOSS FACTS

Date of Fire __App. 6-7__  Time __?__ AM/PM  Was vehicle locked? YES/NO  Were keys in vehicle? YES/(NO)
Specific location of vehicle at time of fire __Hy 79 Daviston AL__ Reason vehicle left at this location __Water plant__
Name & address of person leaving vehicle at this location __Charles W. Parrott__

Name(s) & address(es) of all others present __None__
Personal items in vehicle at time of fire __Tools + Water Bottling Supplies, Fittings, Plywood__
Principal use of vehicle? __Obtain Supplies + Storage__  Principal User __Charles W. Parrott__
When was the fire discovered? Date __04-17-05__ Time __5:00__ (AM)/PM  By Whom? __Charles W. Parrott + Kathy Mahan__
Action taken after vehicle was discovered burning __Called Allstate__

Which Agency was the vehicle fire reported to? __Allstate__    Date __04-18-05__ Time __8:30__ (AM)/PM
By Whom? __Charles W. Parrott__    Agency Case No _____    How Reported? 911 / Cell Phone / Neighbor / (Other)
Location of Vehicle (Name/ Address/ Phone No) __Hy 79 Daviston AL 36256__
Have the police made any arrests or have any suspects? YES/(NO)  Do you suspect anyone? (YES)/(NO) Who, give details? _____

Have you ever had a vehicle fire before? (YES/(NO) If yes, give details. _____

## III VEHICLE DESCRIPTION

Year __2002__ Make __Pace__    Model __Delux 24 feet AC Delux interior Custom Delux__ Body Type __Enclosed__ Color __Black__
Vehicle Identification No __?__    License Plate No __?__    State __AL__  Year __2005__
Odometer Reading _____ Titled Owner(s) _____
Date of Purchase? _____   (NEW/USED  Purchase Price $ __24,500.00__  At time of purchase was vehicle damaged? YES/(NO)
SELLER: Dealer / Individual (Name/ Address/ Phone) __Bobs Trailer Sales Atlanta, Ga.__
How was vehicle paid for? (CASH)/CHECK/ FINANCED If financed Name & address of Company _____

Account No _____   Balance Due $ _____   Loan term (months) _____   Monthly payment $ _____
Is account past due? (YES/(NO)  Has vehicle been for sale? YES/(NO)  Any offers? YES/(NO) Who? _____
How many sets of keys are there? __1__   Are all sets in your possession? (YES) NO   Any other insurance on this vehicle?  YES/(NO)
If yes, Name of company and policy no _____

**TRANSMISSION**         **OPTIONAL**          **POWER OPTIONS**
AT  S6  S5  S4  S3           OD   4WD           PS  Power Steering    PC  Pwr Passenger Seat
                                                PB  Power Brakes      PA  Power Antenna
ENGINE   Size: HP or Cubic In _____  Cylinders: 3/ 4/ 6/ 8/ 10/ 12   PW  Power Windows    PM  Power Mirror(s)
         Turbo / Diesel                         PL  Power Locks       PT  Power Trunk Release
                                                SP  Pwr Drivers Seat  WP  Rear Window Wiper
                                                AB  Anti-Lock Brakes

**DECOR / CONVENIENCE**       **RADIO**        **ROOF OPTIONS**       **WHEEL OPTIONS**
AC   Air Conditioning         AM AM            VR  Vinyl Roof         AW  Aluminum Wheels
RD   Rear Defogger              FM FM          ES  Electric Steel-Sun AY  Alloy Wheels
TW   Tilt Wheel               ST Stereo        EG  Electric Glass-Sun LC  Locking Wire Wheels
CC   Cruise Control             CA Cassette        MG  Manual Glass-Sun   SY  Styled Steel Wheels
CS   Cloth Seats              SE Seek/Scan     MS  Manual Steel-Sun   WW  Wire Wheels
LS   Leather Seats              EQ Equalizer   FR  Flip Roof          WC  Wire Wheel Covers
TG   Tinted Glass             CD CD Player     TT  T-tops             RW  Rally Wheels
IW   Intermittent Wipers
RL   Reclining Seats
AG   Air Bag
RG   Passenger Air Bag

**TRUCK / VAN OPTIONS**
SB Step Bumper   SW Sliding Rear Window   XT Auxiliary Fuel Tank   FL Fog Lights   BL Bed liner   AR Chrome Bed rails   RB Roll bar
TP Trailering Package   BD Running Boards   DA Dual Air Conditioning   WD Dual Rear Wheels   TB Permanent Tool Box   LB Long bed
SB Short Bed   SS Swivel Cpt Chairs # _____   CT Campertop 1) Fiberglass 2) Aluminum Brand _____ Age ___ Cost $ _____
TRUCK BED: Flairside / Stepside / Fleetside   Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _____
Other: (i.e. Bugshield, Grill guard, Wench etc.)

**REFURBISHMENT**
TRANSMISSION: Mileage at time of work _____     ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____     Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO    Date completed _____ Cost $ _____ Receipt? YES/ NO

TIRES: Brand & Size _____                       PAINT:   BASIC   STANDARD   CUSTOM
Place purchased(Name/Address/Phone) _____       Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _____ Cost $ _____   Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR: LEATHER  VINYL  CLOTH  OTHER _____    STEREO: Components _____
Who performed work(Name/Address/Phone) _____    Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date Completed _____ Cost $ _____ Receipt? YES / NO

VEHICLE CONDITION: POOR  GOOD  FAIR  EXCELLENT    Who performed regular maintenance service(Name/ Address/ Phone) _____

Date last serviced _____ What was done? _____

**IV POLICY INFORMATION**
How long have you been insured with Allstate? *2002*   Present Insurance agent *Randy Smith*
Previous Insurance Company *None* _____ Policy No _____ Date you changed companies? _____
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES/NO) If yes, give details: _____

Any other insurance claims in the past five (5) years? (YES/NO) If yes, give details (dates, location, insurance company, cause and settlement)

V If any information provided in this affidavit is false it may be the basis of a denial of your claim. This affidavit must be signed, notarized and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief?   YES   NO
POLICYHOLDER(S) *Charles W. Parnell*
                      Signature(s)

Address: _____

Subscribed & Sworn to before me, this *23rd* day of *May* 20 *05*

*Tracy Crowe*
                      Notary Public
My Commission Expires: *05/24/06* _____, 20 __

# AFFIDAVIT OF VEHICLE FIRE

*********************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number __1846399373__    Policy Number _____

## I. POLICYHOLDER

Name of Insured __Charles W Parrott__    Spouse _____
Address __12560 Hamlet Mill Rd__    Address _____
City / State / Zip __New Site, AL 36256__    City / State / Zip _____
Phone No (HM) __(256) 215-5233__ (WK) ____    Phone No (HM) ____ (WK) ____
Drivers Lic No./ State __1978985__ / __AL__    Drivers Lic No./ State ____ / ____
Date of Birth __3__ / __19__ / __43__    Date of Birth ____ / ____ / ____
Social Security No __419__ / __58__ / __0385__    Social Security No ____ / ____ / ____
Occupation __Retired__    Occupation _____
Name & Address of Employer _____    Name & Address of Employer _____

Length of Employment _____    Length of Employment _____
Salary $ _____    Salary $ _____
List All Dependents & Ages _____
Any Separations or Divorces? (YES/ NO) If yes, give both names, dates of marriages and divorces and county __App 30 Years ago__

## II LOSS FACTS

Date of Fire __App 6-7__    Time __?__ AM/ PM    Was vehicle locked? YES/ NO    Were keys in vehicle? YES/NO
Specific location of vehicle at time of fire __Hy 79 Daviston AL__    Reason vehicle left at this location __Water Plant__
Name & address of person leaving vehicle at this location __Charles W. Parrott__

Name(s) & address(es) of all others present __None__
Personal items in vehicle at time of fire __Chain, Tightiner, Straps, Wrenches__
Principal use of vehicle? __Haul Backhoe + Farm Tractor__    Principal User __Charles W. Parrott__
When was the fire discovered? Date __4-17__ time __?__ AM/PM    By Whom? __Charles W. Parrott + Kathy Mahee__
Action taken after vehicle was discovered burning __Called Allstate__

Which Agency was the vehicle fire reported to? __Allstate__    Date __04-18-05__    Time __830__ AM/ PM
By Whom? __Charles W. Parrott__    Agency Case No _____    How Reported? 911 / Cell Phone / Neighbor / Other
Location of Vehicle (Name/ Address/ Phone No) __Hy 79 Daviston AL__
Have the police made any arrests or have any suspects? YES/NO    Do you suspect anyone? (YES/NO)    Who, give details? _____

Have you ever had a vehicle fire before? (YES/NO) If yes, give details. _____

## III VEHICLE DESCRIPTION

Year __97__    Make __Utility__    Model __? 18 Feet HD__    Body Type __? 8 wheel__    Color __Yellow__
Vehicle Identification No __?__    License Plate No __?__    State __AL__    Year __2005__
Odometer Reading _____    Titled Owner(s) _____
Date of Purchase? _____    NEW/ USED    Purchase Price $ __14,000 00__    At time of purchase was vehicle damaged? YES/ NO
SELLER (Dealer/ Individual) Name/ Address/ Phone) __Newberg Tractor Sales Dallas Texas__
How was vehicle paid for? CASH/ CHECK/ FINANCED    If financed Name & address of Company _____

Account No _____    Balance Due $ _____    Loan term (months) _____    Monthly payment $ _____
Is account past due? (YES/NO)    Has vehicle been for sale? YES/NO    Any offers? YES/NO    Who? _____
How many sets of keys are there? __0__    Are all sets in your possession? YES/ NO    Any other insurance on this vehicle? YES/ NO
If yes, Name of company and policy no _____

**TRANSMISSION**
AT  S6  S5  S4  S3

**OPTIONAL**
OD  4WD

**ENGINE**  Size: HP or Cubic In _____  Cylinders: 3/ 4/ 6/ 8/ 10/ 12
Turbo / Diesel

**POWER OPTIONS**
PS  Power Steering
PB  Power Brakes
PW  Power Windows
PL  Power Locks
SP  Pwr Drivers Seat
AB  Anti-Lock Brakes
PC  Pwr Passenger Seat
PA  Power Antenna
PM  Power Mirror(s)
PT  Power Trunk Release
WP  Rear Window Wiper

**DECOR / CONVENIENCE**
AC  Air Conditioning
RD  Rear Defogger
TW  Tilt Wheel
CC  Cruise Control
CS  Cloth Seats
LS  Leather Seats
TG  Tinted Glass
IW  Intermittent Wipers
RL  Reclining Seats
AG  Air Bag
RG  Passenger Air Bag

**RADIO**
AM  AM
FM  FM
ST  Stereo
CA  Cassette
SE  Seek/Scan
EQ  Equalizer
CD  CD Player

**ROOF OPTIONS**
VR  Vinyl Roof
ES  Electric Steel-Sun
EG  Electric Glass-Sun
MG  Manual Glass-Sun
MS  Manual Steel-Sun
FR  Flip Roof
TT  T-tops

**WHEEL OPTIONS**
AW  Aluminum Wheels
AY  Alloy Wheels
LC  Locking Wire Wheels
SY  Styled Steel Wheels
WW  Wire Wheels
WC  Wire Wheel Covers
RW  Rally Wheels

**TRUCK / VAN OPTIONS**
SB Step Bumper  SW Sliding Rear Window  XT Auxiliary Fuel Tank  FL Fog Lights  BL Bed liner  AR Chrome Bed rails  RB Roll bar
TP Trailering Package  BD Running Boards  DA Dual Air Conditioning  WD Dual Rear Wheels  TB Permanent Tool Box  LB Long bed
SB Short Bed  SS Swivel Cpt Chairs #____  CT Campertop 1) Fiberglass 2) Aluminum Brand _____ Age ___ Cost $ ___
TRUCK BED: Flairside / Stepside / Fleetside  Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _____
Other: (i.e. Bugshield, Grill guard, Wench etc.) _____

**REFURBISHMENT**
TRANSMISSION: Mileage at time of work _____  ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____  Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO    Date completed _____ Cost $ _____ Receipt? YES/ NO

TIRES: Brand & Size _____
Place purchased(Name/Address/Phone) _____

PAINT:  BASIC  STANDARD  CUSTOM
Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _____ Cost $ _____    Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR: LEATHER  VINYL  CLOTH  OTHER _____
Who performed work(Name/Address/Phone) _____

STEREO: Components
Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO    Date Completed _____ Cost $ _____ Receipt? YES / NO

VEHICLE CONDITION:  POOR  GOOD  FAIR  (EXCELLENT)  Who performed regular maintenance service(Name/ Address/ Phone) _____
Grease Hubs Hitch Check lights
Date last serviced 05-05 What was done?

**IV POLICY INFORMATION**
How long have you been insured with Allstate? 200?    Present Insurance agent Randy Smith
Previous Insurance Company  None    Plicy No _____    Date you changed companies? _____
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES/(NO)) If yes, give details: _____

Any other insurance claims in the past five (5) years? (YES/(NO))   If yes, give details (dates, location, insurance company, cause and settlement)

If any information provided in this affidavit is false it may be the basis for a denial of your claim. This affidavit must be signed, notarized and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief?   YES   NO
POLICYHOLDER(S) Charles W. Parrott
Signature(s)

Address: _____

Subscribed & Sworn to before me, this _____ day of _____ 20 _____

Stacy Crave
Notary Public

My Commission Expires: 05/24/06

# AFFIDAVIT OF VEHICLE FIRE

************************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number 184639365    Policy Number _____

## I. POLICYHOLDER

Name of Insured: Charles W Parrott or Edna Parrott
Address: 14560 Hamlet Mill Rd
City / State / Zip: Daviston AL 36256
Phone No (HM) 256 215 5223 (WK) ____
Drivers Lic No./ State: 1978485 / AL
Date of Birth: 3 / 19 / 43
Social Security No: 419 / 58 / 1038?
Occupation: Retired
Name & Address of Employer: ____
Length of Employment: ____
Salary $ ____
List All Dependents & Ages: 0
Any Separations or Divorces? (YES)/NO If yes, give both names, dates of marriages and divorces and county. App 30 years ago

## II LOSS FACTS

Date of Fire: App 6-7    Time: ?  AM/PM    Was vehicle locked? YES/ NO ?    Were keys in vehicle? YES/(NO) ?
Specific location of vehicle at time of fire: Hy 79 Daviston    Reason vehicle left at this location: Water Plant
Name & address of person leaving vehicle at this location: Charles W. Parrott

Name(s) & address(es) of all others present: Kathy Mahan
Personal items in vehicle at time of fire: ____
Principal use of vehicle? Pleasure    Principal User: Charles W. Parrott
When was the fire discovered? Date App 1   or time Cup   AM/PM   By Whom? Charles W. Parrott & Kathy Mah
Action taken after vehicle was discovered burning: 04-17-05 called Allstate

Which Agency was the vehicle fire reported to? Allstate    Date 04-18-05   Time 830   (AM)/PM
By Whom? Charles W. Parrott    Agency Case No ____    How Reported? 911 / Cell Phone / Neighbor / (Other)
Location of Vehicle (Name/ Address/ Phone No) Hy 79 Daviston, AL
Have the police made any arrests or have any suspects? YES/(NO)   Do you suspect anyone? (YES)/NO Who, give details? ____
Have you ever had a vehicle fire before? (YES/(NO) If yes, give details. ____

## III VEHICLE DESCRIPTION

Year 97   Make Chevy   Model Silverado   Body Type 1/2 Ton   Color Red + Gold
Vehicle Identification No ____    License Plate No ____    State AL    Year ____
Odometer Reading App 67,000    Titled Owner(s) Edna W. Parrott
Date of Purchase? 1997   NEW/USED   Purchase Price $ 24,200.00   At time of purchase was vehicle damaged? YES/(NO)
SELLER (Dealer)/ Individual (Name/ Address/ Phone) Colonial Chev, Toladega, AL
How was vehicle paid for? CASH/(CHECK)/ FINANCED   If financed Name & address of Company ____

Account No ____    Balance Due $ ____    Loan term (months) ____    Monthly payment $ ____
Is account past due? (YES/ NO)   Has vehicle been for sale? YES/ NO   Any offers? YES/ NO   Who? ____
How many sets of keys are there? 2    Are all sets in your possession? (YES)/NO    Any other insurance on this vehicle? YES/(NO)
If yes, Name of company and policy no ____

TRANSMISSION OPTIONAL POWER OPTIONS
AT S6 S5 S4 S3    OD  4WD
- (PS) Power Steering    PC Pwr Passenger Seat
- (PB) Power Brakes    PA Power Antenna
- (PW) Power Windows    (PM) Power Mirror(s)
- (PL) Power Locks    PT Power Trunk Release
- (SP) Pwr Drivers Seat    WP Rear Window Wiper
- (AB) Anti-Lock Brakes

ENGINE   Size: HP or Cubic In __350__   Cylinders: 3/ 4/ 6/ (8)/ 10/ 12
Turbo / Diesel

### DECOR / CONVENIENCE
- (AC) Air Conditioning
- (RD) Rear Defogger
- (TW) Tilt Wheel
- (CC) Cruise Control
- CS  Cloth Seats
- LS  Leather Seats
- (TG) Tinted Glass
- (IW) Intermittent Wipers
- (RL) Reclining Seats
- (AG) Air Bag
- RG  Passenger Air Bag

### RADIO
- AM AM
- FM FM
- ST Stereo
- CA Cassette
- SE Seek/Scan
- EQ Equalizer
- CD CD Player

### ROOF OPTIONS
- VR  Vinyl Roof
- ES  Electric Steel-Sun
- EG  Electric Glass-Sun
- MG  Manual Glass-Sun
- MS  Manual Steel-Sun
- FR  Flip Roof
- TT  T-tops

### WHEEL OPTIONS
- (AW) Aluminum Wheels
- AY  Alloy Wheels
- LC  Locking Wire Wheels
- SY  Styled Steel Wheels
- WW  Wire Wheels
- WC  Wire Wheel Covers
- RW  Rally Wheels

### TRUCK / VAN OPTIONS
SB Step Bumper  SW Sliding Rear Window  XT Auxiliary Fuel Tank  FL Fog Lights  BL Bed liner  AR Chrome Bed rails  RB Roll bar
TP Trailering Package  BD Running Boards  DA Dual Air Conditioning  WD Dual Rear Wheels  TB Permanent Tool Box  LB Long bed
SB Short Bed  SS Swivel Cpt Chairs #_____  CT Campertop 1) Fiberglass 2) Aluminum Brand _____ # _____ Age _Nx_ Cost $ _?_
TRUCK BED: Flairside / Stepside / Fleetside  Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _____
Other: (i.e. Bugshield, Grill guard, Wench etc.)

### REFURBISHMENT
TRANSMISSION: Mileage at time of work _____   ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____   Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO    Date completed _____ Cost $ _____ Receipt? YES/ NO

TIRES: Brand & Size _____
Place purchased(Name/Address/Phone) _____

PAINT:   BASIC   STANDARD   CUSTOM
Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _____ Cost $ _____    Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR: LEATHER VINYL CLOTH OTHER _____
Who performed work(Name/Address/Phone) _____

STEREO: Components
Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO    Date Completed _____ Cost $ _____ Receipt? YES / NO

VEHICLE CONDITION: POOR  GOOD  FAIR  EXCELLENT

Who performed regular maintenance service(Name/ Address/ Phone) _____

Date last serviced __6500__ What was done?
_Oil, grease, filter_

### IV POLICY INFORMATION
How long have you been insured with Allstate? __1997?__   Present Insurance agent _____
Previous Insurance Company _____   Policy No _____   Date you changed companies? _____
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES/(NO)) If yes, give details: _____

Any other insurance claims in the past five (5) years? (YES/(NO)) If yes, give details (dates, location, insurance company, cause and settlement)

### V
If any information provided in this affidavit is false it may be the basis for a denial of your claim. This affidavit must be signed, notarized and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief?  YES   NO
POLICYHOLDER(S) _Charles W. Parnett & Edna W. Parnett_
Signature(s)

Address: _____

Subscribed & Sworn to before me, this __23rd__ day of __May__ 20 __05__

_Stacy Crowe_
Notary Public

My Commission Expires: __05/24/06__ , 20

# AFFIDAVIT OF VEHICLE FIRE

*********************************************************************

(ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED)

Claim Number __1846399340__    Policy Number _____

## I. POLICYHOLDER

Name of Insured __Charles W. Parrott__    Spouse _____
Address __14560 Hamlet Mill Rd__    Address _____
City / State / Zip __New Site, AL 36256__    City / State / Zip _____
Phone No (HM) __(256)215-5223__ (WK) _____    Phone No (HM) _____ (WK) _____
Drivers Lic No./ State __197885 AL__    Drivers Lic No./ State _____
Date of Birth __3 / 19 / 43__    Date of Birth ___/___/___
Social Security No __419 / 58 / 10385__    Social Security No ___/___/___
Occupation __Retired__    Occupation _____
Name & Address of Employer __∅__    Name & Address of Employer _____

Length of Employment _____    Length of Employment _____
Salary $ _____    Salary $ _____
List All Dependents & Ages __-0-__
Any Separations or Divorces? (YES)/NO If yes, give both names, dates of marriages and divorces and county. __App 30 years Ago__

## II LOSS FACTS

Date of Fire __App 6-7 04-05__ Time __?__ AM/PM  Was vehicle locked? YES/NO  Were keys in vehicle? YES/(NO)
Specific location of vehicle at time of fire __Hy 79 Daviston, AL__  Reason vehicle left at this location __Water Plant__
Name & address of person leaving vehicle at this location __Charles W. Parrott__

Name(s) & address(es) of all others present __None__
Personal items in vehicle at time of fire __Tools mis__
Principal use of vehicle? __Pull Eq. Haul Gravel__    Principal User __Charles W. Parrott__
When was the fire discovered? Date __04-17-05__ Time __500__ (AM)/PM  By Whom? _____
Action taken after vehicle was discovered burning __Called Allstate__

Which Agency was the vehicle fire reported to? __Allstate__    Date __04-18-05__ Time __8 30__ (AM)/PM
By Whom? __Charles W. Parrott__  Agency Case No _____  How Reported? 911 / Cell Phone / Neighbor / (Other)
Location of Vehicle (Name/ Address/ Phone No) _____
Have the police made any arrests or have any suspects? YES/(NO)  Do you suspect anyone? YES/(NO) Who, give details? _____
Have you ever had a vehicle fire before? YES/(NO) If yes, give details. _____

## III VEHICLE DESCRIPTION

Year __1986__ Make __Ford__ Model __F-700__ Body Type __700__ Color __Brown__
Vehicle Identification No __?__    License Plate No __?__ State __AL__ Year __2005__
Odometer Reading __77000__  Titled Owner(s) __Charles W. Parrott__
Date of Purchase? __200?__ NEW/(USED) Purchase Price $ __1000.00__ At time of purchase was vehicle damaged? YES/(NO)
SELLER: Dealer/(Individual) (Name/ Address/ Phone) __Billy Brand Alex City, Ala__
How was vehicle paid for? (CASH)/CHECK/FINANCED If financed Name & address of Company _____

Account No _____    Balance Due $ _____    Loan term (months) _____    Monthly payment $ _____
Is account past due? (YES/NO)  Has vehicle been for sale? YES/NO  Any offers? YES/NO  Who? _____
How many sets of keys are there? __1__    Are all sets in your possession? (YES)/NO    Any other insurance on this vehicle? YES/(NO)
If yes, Name of company and policy no _____

**TRANSMISSION**  **OPTIONAL**  **POWER OPTIONS**
AT S6 S5 S4 S3          (OD) 4WD          (PS) Power Steering          PC Pwr Passenger Seat
                                          (PB) Power Brakes            PA Power Antenna
**ENGINE**  Size: HP or Cubic In _____  Cylinders: 3/ 4/ 6/ 8/ 10/ 12   PW Power Windows   PM Power Mirror(s)
            Turbo / Diesel                                               PL Power Locks     PT Power Trunk Release
                                                                         SP Pwr Drivers Seat  WP Rear Window Wiper
                                                                         AB Anti-Lock Brakes

**DECOR / CONVENIENCE**        **RADIO**           **ROOF OPTIONS**           **WHEEL OPTIONS**
AC  Air Conditioning           (AM AM)             VR  Vinyl Roof             AW  Aluminum Wheels
RD  Rear Defogger                   FM FM          ES  Electric Steel-Sun     AY  Alloy Wheels
TW  Tilt Wheel                 ST Stereo           EG  Electric Glass-Sun     LC  Locking Wire Wheels
CC  Cruise Control                  CA Cassette    MG  Manual Glass-Sun       SY  Styled Steel Wheels
CS  Cloth Seats                SE Seek/Scan        MS  Manual Steel-Sun       WW  Wire Wheels
LS  Leather Seats              EQ Equalizer        FR  Flip Roof              WC  Wire Wheel Covers
TG  (Tinted Glass)             CD CD Player        TT  T-tops                 RW  Rally Wheels
IW  Intermittent Wipers
RL  Reclining Seats
AG  Air Bag
RG  Passenger Air Bag

**TRUCK / VAN OPTIONS**
SB Step Bumper  SW Sliding Rear Window  XT Auxiliary Fuel Tank  FL Fog Lights  BL Bed liner  AR Chrome Bed rails  RB Roll bar
TP Trailering Package  (BD) Running Boards  DA Dual Air Conditioning  WD Dual Rear Wheels  TB Permanent Tool Box  LB Long bed
SB Short Bed  SS Swivel Cpt Chairs # ____  CT Campertop 1) Fiberglass 2) Aluminum  Brand _____ Age ____ Cost $ ____
TRUCK BED: Flairside / Stepside / Fleetside  Package(i.e. XLT, Scotsdale, Silverado, Mark III Van etc.) _Dump Truck_
Other: (i.e. Bugshield, Grill guard, Wench etc.)

**REFURBISHMENT**
TRANSMISSION: Mileage at time of work _____ None _____ ENGINE: Mileage at time of work _____
Who performed work(Name/Address/Phone) _____  Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO   Date completed _____ Cost $ _____ Receipt? YES/ NO

TIRES: Brand & Size _1000-1500 miles since_ PAINT: (BASIC) STANDARD  CUSTOM
Place purchased(Name/Address/Phone) _____        Who performed work(Name/Address/Phone) _____

Date purchase _____ Mileage _75?_ Cost $ _____    Date completed _____ Cost $ _____ Receipt? Yes/ NO

INTERIOR: (LEATHER) VINYL CLOTH OTHER _____    STEREO: Components
Who performed work(Name/Address/Phone) _____    Who performed work(Name/Address/Phone) _____

Date completed _____ Cost $ _____ Receipt? YES/ NO  Date Completed _____ Cost $ _____ Receipt? YES / NO

VEHICLE CONDITION: POOR  GOOD  FAIR  (EXCELLENT)  Who performed regular maintenance service(Name/ Address/ Phone)
_Self_
Date last serviced _4/7/05_ What was done? _Oil, Greased_
_Trcn check, Rear Ext check_

**IV POLICY INFORMATION**
How long have you been insured with Allstate? _2000?_  Present Insurance agent _Allstate_
Previous Insurance Company _—0—_  Polcy No _(0)_  Date you changed companies? _0-0_
Ever been canceled, terminated or non-renewed by a prior insurance company? (YES/ (NO)) If yes, give details: _____

Any other insurance claims in the past five (5) years? (YES/ (NO)) If yes, give details (dates, location, insurance company, cause and settlement)

**V** If any information provided in this affidavit is false it may be the basis for a denial of your claim. This affidavit must be signed, notarized and returned by mail to Allstate Insurance Company claims office. All questions must be answered or this affidavit may be rejected. I certify that I have read this entire affidavit. Are the answers you have given true and correct to your best knowledge and belief?  YES  NO
POLICYHOLDER(S) _Charles W. Farrett_
                    Signature(s)

Address: _____

Subscribed & Sworn to before me, this _23rd_ day of _May_ 20 _05_

_Stacy Crowe_
                                Notary Public
My Commission Expires: _05/24/06_ , 20