# UNITED STATES DISTRICT COURT

__Middle__ District of __ALABAMA__

Certain Underwriters of Lloyds London Subscribing To Certificate No. LLD 1257 and Allstate Insurance Company,
Plaintiffs

v.

Charles Parrott.
Defendant

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06cv611-DRB

TO: (Name and address of Defendant)

Charles Parrott
14560 Hamlett Mill Road
New Site, Alabama 36256

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen A. Rowe
Adams & Reese LLP
2100 3rd Avenue, Suite 1100
Bham, AL 35203

and

Sue E. Williamson
Klasing & Williamson, P.C.
1601 Providence Park
Bham, AL 35242

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE July 17, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                      *Signature of Server*

                           _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2006 JUL 24  A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



**Klasing & Williamson, P.C.**
*Attorneys & Counselors At Law*
1601 Providence Park
Birmingham, Alabama 35242

36256

362 56-3021

**Via Certified Mail, Return Receipt Requested**
Charles W. Parrott
14560 Hamlet Mill Road
New Site, Alabama 35256

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Parrott
14560 Hamlet Mill Road
New Site, AL 35256

3:06cv611-ORB-SRW

2. Article Number
(Transfer from service label)   7005 2570 0000 3759 8787

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540