**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 8, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Certain Underwriters at Lloyd's London et al v. Parrott**

**Case Number:   3:06-cv-00611-DRB**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 4 answer filed on   August 7, 2006**