**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 10, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Certain Underwriters at Lloyd's London et al v. Parrott
      Civil Action No. 3:06-cv-00611-DRB

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **3:06-cv-00611-MHT**.

This new case number should be used on all future correspondence and pleadings in this action.