IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON, SUBSCRIBING TO
CERTIFICATE NO LLD 1257: ALLSTATE
INSURANCE COMPANY.

    Plaintiffs,

    -v-                                    CASE NO.: 3:06-CV-00611-DRB

CHARLES PARROTT

    Defendant.

_____

ANSWER TO AMENDED COMPLAINT
_____

    COMES NOW the Defendant, Charles Parrott, by and through his attorney of record, and files his Answer to the Plaintiffs' Amended Complaint for Declaratory Judgment as follows:

The Defendant admits to the allegations of jurisdiction and identification of the parties. The Defendant denies each and every other material allegation set forth in the Plaintiff's Complaint and demands strict proof thereof.

The Defendant adopts and incorporates by reference all defenses and affirmative defenses as set forth in the Defendant's original answer.

 This the 25th day of August, 2006.

                                                S/Mark Allen Treadwell, (TRE 005)

OLIVER and TREADWELL
129 West Columbus Street
Dadeville, Alabama  36853
(256) 825-9296

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon the following electronically via the U.S. District Court CM/ECF.

Hon. Stephen Rowe
ADAMS and REESE LLP
2100 Third Avenue North Suite 1100
Birmingham, Alabama 35203

Hon. Sue E. Williamson
KLASING & WILLIAMSON P.C.
1601 Providence Park
Birmingham, Alabama 35242

      On this 25th August day of 2006.

      S/Mark Allen Treadwell