IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. LLD1257; ALLSTATE INSURANCE COMPANY; <br><br> Plaintiffs. <br><br> v. <br><br> CHARLES PARROTT <br><br> Defendant. | CIVIL ACTION NO. 3:06cv611-MHT |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P.26(f), a conference was held on **August 25, 2006** with the following participants:

    **Stephen Rowe** for Plaintiff, **Lloyds London**
    **Sue E. Willamson** for Plaintiff, Allstate Insurance Company
    **Mark Allen Treadwell** for Defendant, Charles Wayne Parrott

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange information required by Fed.R.Civ.P. 26(a)(1) within **20 days** of this order.

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects:

    (a)    Charles Parrott's separate interest in the personal property insured and claimed damaged or destroyed by the fire;

    (b)    Description and value of Charles Parrott's personal property claim to Lloyds and Allstate;

    (c)    Basis of and proof of Charles Parrott's claim for breach of contract and/or bad faith damages in his answer and counterclaim;

    (d)    Facts as to whether Charles Wayne Parrott made material misrepresentations to either plaintiff during presentation of his proof of loss as to the description, valuation and existence of the items claimed damaged or destroyed by the fire;

    (e)    Facts and circumstances upon which Charles Wayne Parrotts' contentions stated in the counterclaim are based.

    (f)    The plaintiff's denial of Mr. Parrotts' claim.

All discovery will be commenced in time to be completed by **March 1, 2007**.

Maximum of **40** Interrogatories by each party to any other party. Responses due **30** days after service.

Maximum of **20** Requests for Admission by each party to any other party. Responses due **30** days after service.

Maximum of **10** depositions by Plaintiff and **10** depositions by Defendant. Each deposition limited to maximum of **6** hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by **November 15, 2006** and
    from Defendant by **December 15, 2006.**

Supplementations under Rule 26(e) due **January 15, 2007.**

4.   Other Items.

A conference with the court is not requested before the scheduling order is entered.

A pretrial conference is requested to be scheduled in **April 2007.**

Plaintiff should be allowed until **October 15, 2006** to join additional parties or to amend the pleadings.

Defendant should be allowed until **October 30, 2006** to join additional parties or to amend the pleadings.

All potentially dispositive motions should be filed by **April 15, 2007.**

Settlement cannot be evaluated prior to the close of discovery on **March 1, 2007.**

Final list of witnesses and exhibits should be due

>   from Plaintiff by **30** days prior to trial; and
>   from Defendant by **30** days prior to trial.

Parties should have **20** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be ready for trial by **May 2007** and at this time is expected take approximately **3** days.

Respectfully submitted on this **25th** day of **August 2006.**

>               s/ Stephen Rowe
>               STEPHEN ROWE,
>               Attorney for plaintiff, Lloyds

s/Sue Williamson
SUE E. WILLIAMSON
Attorney for Plaintiff, Allstate


s/Mark Allen Treadwell
MARK ALLEN TREADWELL, III
Attorney for Plaintiff
Charles Wayne Parrott