IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. LLD1257; ALLSTATE INSURANCE COMPANY;<br><br>**Plaintiffs.**<br><br>v.<br><br>**CHARLES PARROTT**<br><br>**Defendant.** | CIVIL ACTION NO. 3:06cv611-MHT |

### PLAINTIFF'S EXPERT WITNESSES FOR TRIAL

COMES NOW, Allstate Insurance Company and identifies the following witnesses who maybe utilized to present expert testimony at the trial of this case:

1. Clint Massengale

2. Jeff Crain

3. Morgan Fuller

4. Tim Honeycutt

   Of Crain Massengale, PC
   P.O. Box 382856
   Birmingham, AL 35238-2856

Allstate retained Crain Massengale to determine the origin and cause of the fire which damaged the personal property made the subject of three Allstate Insurance Policies. Mr. Massengale is expected to testify that three areas of fire origin were revealed during his investigation. The fires, in his opinion, were incendiary in nature caused by the burning of an ignitable liquid placed in each of the three areas of origin. Mr. Massengale and

other members of Crain Massengale will describe their involvement in examining the fire scene and reaching the conclusion that fires were intentionally set.

Respectfully submitted,

_/s/ Sue Williamson_

Sue E. Williamson [WIL 133]
Attorney for Plaintiff,
Allstate Insurance Company

OF COUNSEL:
Klasing and Williamson, P.C.
1601 Providence Park
Birmingham, AL 35242
(205) 980-4733
(205) 980-4737 fax
suewilliamson@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Allen Treadwell, Esq.
129 West Columbus Street
Dadeville, AL 36853

Stephen Rowe, Esq.
Adams and Reese LLP
2100 Third Avenue North Suite 1100
Birmingham, AL 35203

_/s/ Sue Williamson_

COUNSEL