IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. LLD1257 d/b/a LLOYD'S OF LONDON; <br><br> ALLSTATE INSURANCE COMPANY; <br><br> Plaintiffs. <br><br> v. <br><br> CHARLES PARROTT <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br> CIVIL ACTION NO. <br> 3:06cv611-MHT |

STIPULATION FOR DISMISSAL

Come now attorneys for plaintiff, Certain Underwrites At Lloyd's London, subscribing to Certificate No. LLD1257 d/b/a Lloyd's of London, and defendant and move the Court to dismiss this case with prejudice, each party to bear its own costs of court. The case shall remain pending with regard to the claims of Allstate Insurance Company and the counterclaims of Charles Parrott against Allstate.

                                                           s/Stephen A. Rowe
                                                           Stephen A. Rowe (ASB-3804-E65S, ROW-001)
                                                           J. Doyle Horn (horn1391)
                                                           Counsel for Plaintiff,
                                                           Certain Underwriters at Lloyd's
                                                           London, Subscribing to Certificate
                                                           No. LLD1257, d/b/a Lloyd's of London

OF COUNSEL:
ADAMS and REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203
Phone: (205) 250-5080
Fax: (205) 250-5034
E-Mail: steve.rowe@arlaw.com

                                                                    2

                                      s/Mark Allen Treadwell\
                                      Mark Allen Treadwell (TRE005)\
                                        Attorney and signing for Defendant, Charles Parrott

OF COUNSEL:\
OLIVER and TREADWELL\
129 West Columbus Street\
Dadeville, Alabama  36853\
Phone:  (256) 825-9296

        s/Sue E. Williamson
        Sue E. Williamson [ASB2601-A41S]
        Counsel for Allstate Insurance Co.

OF COUNSEL:
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, Alabama 35242
Phone: (205) 980-4733
Fax: (205) 980-4737
E-Mail: suewilliamson@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following electronically via the U.S. District Court CM/ECF, this 30th day of October, 2006:

Mr. Mark Allen Treadwell
OLIVER and TREADWELL
129 West Columbus Street
Dadeville, Alabama 36853

        s/J. Doyle Horn
        OF COUNSEL