**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

October 31, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Certain Underwriters at Lloyd's London et al v. Parrott**

**Case Number:   3:06cv00611-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 15   filed on   October 30, 2006.**