IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CERTAIN UNDERWRITERS AT      )
LLOYD'S LONDON, etc.,        )
et al.,                      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    3:06cv611-MHT
                             )         (WO)
CHARLES PARROTT,             )
                             )
    Defendant.               )
```

## JUDGMENT

Pursuant to the stipulation for dismissal (doc. no. 15), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice as to the case between plaintiff Certain Underwriters at Lloyd's of London (subscribing to Certificate No. LLD1257, d/b/a Lloyd's of London) and defendant Charles Parrott, with the parties to bear their own costs. The case remains pending as to the claims and counterclaims between plaintiff Allstate Insurance Company and defendant Parrott.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of October, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**