UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. LLD1257; ALLSTATE INSURANCE COMPANY; <br><br> Plaintiffs. <br><br> v. <br><br> CHARLES PARROTT <br><br> Defendant. | CIVIL ACTION NO. 3:06cv611-MHT |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW, Plaintiff, Allstate Insurance Company and Defendant, Charles Parrott serving notification to this Honorable Court that all disputes between the parties outlined in the complaint and counterclaim have been resolved and this case can be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Sue Williamson*
Sue E. Williamson [WIL 133]
Attorney for Plaintiff,
Allstate Insurance Company

OF COUNSEL:
Klasing and Williamson, P.C.
1601 Providence Park
Birmingham, AL  35242

_____
Mark Allen Treadwell, Esq.
Attorney for Defendant,
Charles Wayne Parrott

Of Counsel
Oliver Treadwell
129 West Columbus Street
Dadeville, AL  36853