IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ALLSTATE INSURANCE COMPANY, )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )      3:06cv611-MHT
                            )          (WO)
CHARLES PARROTT,            )
                            )
    Defendant.              )

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause between plaintiff Allstate Insurance Company and defendant Charles Parrott is dismissed with prejudice, with the parties to bear their own costs.

It is further ORDERED that this cause is dismissed in its entirety.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of January, 2007.


     /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**